SEYFARTH SHAW LLP
Nicole Baarts (SBN 226733)
nbaarts@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Pamela Q. Devata (to be admitted *pro hac vice*)
pdevata@seyfarth.com
John W. Drury (to be admitted *pro hac vice*)
jdrury@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant
CHECKR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GLACKIN and NATHANIEL ROMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKR, INC.,<br><br>Defendant. | Case No. 3:17-cv-03691-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Charles Glackin and Nathaniel Roman and Defendant Checkr, Inc., by their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate that Plaintiffs' claims against Checkr are hereby dismissed with prejudice, with each party to bear its own costs and fees.

| | | |
|---|---|---|
| DATED: January 25 2018 | | Respectfully submitted, |
| | | SEYFARTH SHAW LLP |
| | | By: */s/ Nicole Baarts* |
| | | Nicole Baarts |
| | | Attorneys for Defendant<br>CHECKR, INC. |
| DATED: January 25, 2018 | | Respectfully submitted, |
| | | THE WEINER LAW FIRM LLC |
| | | By: */s/ Jeffrey B. Sand* |
| | | Jeffrey B. Sand |
| | | Attorneys for Plaintiffs |

Dated: January 25, 2018

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA